IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSUMERS INSURANCE USA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   11-cv-691-MJR/PMF |
| ) | |
| JEFFREY A. CARLSON, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiff Consumer Insurance USA's motion for dismissal and discharge of Plaintiff from further liability and order for Defendants' to interplead (Doc. 122). The Court, having reviewed the pleadings filed and being otherwise fully advised on the premises, finds that the motion (Doc. 122) should be **GRANTED**.

**IT IS HEREBY ORDERED:**

A. Plaintiff is relieved and discharged from this case and from further liability or responsibility to the parties to this action with respect to policy no. PA 28778002-8 issued by Plaintiff to Jeffrey Carlson for injuries, damages, and claims arising out of the motor vehicle accident occurring on September 4, 2010 in Wabash County, Illinois;

B. Defendants in this action are to interplead and litigate their respective rights and claims among themselves concerning the sum of $60,000 that was due and has been paid under policy no. PA 28778002-8 into the Court through this interpleader action;

C. Defendants and their agents, attorneys, representatives, assigns and all other persons claiming by, through, or under them or any of them, are perpetually enjoined and restrained from instituting or prosecuting further any proceeding in this or any other court of law or in equity against Plaintiff on account of the policy described above as a result of the aforementioned motor vehicle accident.

**DATED: June 11, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**