IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONSUMERS INSURANCE USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No. 11-CV-0691-MJR |
| ) | |
| JEFFREY A. CARLSON, etc., et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| BETHANY JONES, et al ) | |
| ) | |
| Defendants. ) | |

# ORDER

**REAGAN, District Judge:**

Before the Court is State Farm Mutual Automobile Insurance Company's motion to deposit funds and to discharge it from further liability (Doc. 126). More specifically, State Farm wants to deposit with the Court $100,000.00 in uninsured motorist coverage for Bethany Jones (Policy 5558377-C20-13A). The uninsured motorist provision is applicable to this action because Jones was injured by a vehicle that was stolen and, therefore, uninsured. State Farm further requests to be dismissed from this action, leaving the defendants to interplead and litigate their respective rights and claims. No objections to the motion have been lodged.

The court, having reviewed the pleadings and being fully advised in the premise, **GRANTS** State Farm Mutual Automobile Insurance Company's motion to deposit funds and for dismissal (Doc. 126).

1

**IT IS HEREBY ORDERED** that:

(a) On or before **September 14, 2012**, State Farm Mutual Automobile Insurance Company shall deposit with the Clerk of Court the $100,000.00 of uninsured motorist coverage available to Bethany Jones pursuant to Policy No. 5558377-C20-13A (Case No. 11-cv-0691-MJR should be noted on the check);

(b) State Farm Mutual Automobile Insurance Company is **DISMISSED** from this case and from further liability or responsibility to the parties to this action with respect to Policy No. 5558377-C20-13A issued by State Farm Mutual Automobile Insurance Company to Bethany Jones for injuries, damages and claims sustained by Bethany Jones arising out of the motor vehicle accident occurring on September 4, 2010 in Wabash County, Illinois;

(c) The defendants in this action are to interplead and litigate their respective rights and claims among themselves concerning the sum of $100,000.00 that was due and has been paid under Policy No. 5558377-C20-13A as to Bethany Jones through this interpleader action; and

(d) The defendants and their agents, attorneys, representatives, assigns and all other persons claiming by, through or under them or any of them, are perpetually enjoined and restrained from instituting or prosecuting any further proceeding in this or any other court of law or in equity against State Farm Mutual Automobile Insurance Company on account of the policy described above as to the claims of Bethany Jones as a result of the aforementioned motor vehicle accident.

**IT IS SO ORDERED.**

DATE: September 6, 2012

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**